1  William M. Audet (SBN 117456)
      waudet@audetlaw.com
2  "David" Ling Y. Kuang (SBN 296873)
      lkuang@audetlaw.com
3  Kurt D. Kessler (SBN 327334)
      kkessler@audetlaw.com
4  **AUDET & PARTNERS, LLP**
      711 Van Ness Avenue, Suite 500
5     San Francisco, CA 94102-3275
      Telephone:  (415) 568-2555
6     Facsimile:   (415) 568-2556

7  *Attorneys for Plaintiff Sagi Cezana, on behalf of himself and all others similarly situated, in Cezana v. Robinhood Financial LLC et al, Case No. 3:21-cv-00759-SK*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEIG, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | Case No. 5:21−CV−00693−NC |
| THIS DOCUMENT RELATES TO:<br><br>*Cezana v. Robinhood Financial LLC et al,*<br>Case No. 3:21−cv−00759−SK<br><br>*Cheng et al. v. Ally Financial Inc. et al.,*<br>Case No. 3:21−cv−00781−SK<br><br>*Curiel−Ruth v. Robinhood Securities LLC et al.,*<br>Case No. 3:21−cv−00829−TSH<br><br>*Dalton v. Robinhood Securities, LLC et al.,*<br>Case No. 4:21−cv−00697−KAW | **DECLARATION OF KURT KESSLER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge:  Magistrate Nathanael Cousins<br><br>Trial Date:     None set<br>Action Filed:  January 28, 2021 |

**DECLARATION OF KURT KESSLER (5:21−CV−00693−NC)**

*Days v. Robinhood Markets, Inc. et al.*,
Case No. 4:21−cv−00696−KAW

*Feeney et al. v. Robinhood Financial, LLC et al.*,
Case No. 5:21−cv−00833−SVK

*Krasowski et al. v. Robinhood Financial LLC et al.*,
Case No. 3:21−cv−00758−TSH

*Krumenacker v. Robinhood Financial, LLC et al.*,
Case No. 4:21−cv−00838−YGR

*Moody et al. v. Robinhood Financial, LLC et al.*,
Case No. 3:21-cv-00861-JCS

*Saliba v. Robinhood Markets, Inc. et al.*,
Case No. 3:21-cv-00871-JCS

*Clapp et al* v. *Ally Financial Inc. et al.*,
Case No. 3:21-cv-00896-JCS

**DECLARATION OF KURT KESSLER (5:21−CV−00693−NC)**

**DECLARATION OF KURT KESSLER**

I, Kurt Kessler, hereby declare:

1. I am an associate attorney at Audet & Partners LLP. My firm and I serve as counsel for Plaintiff Sagi Cezana in the matter *Cezana v. Robinhood Financial, LLC et al.*, No. 3:21-cv-00759-SK. I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify competently thereto under oath.

2. I respectfully submit this declaration in support of Plaintiff Cezana's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12.

3. A stipulation pursuant to Civil L.R. 7-11 could not be obtained because doing so would be difficult if not impossible in view of the fact that the related complaints name dozens of defendants, many that appear from the docket sheet have not been served, let alone appeared in any of the cases thus far. Accordingly, in light of this, obtaining a stipulation by all parties would be close to impossible at this stage of the proceedings, and significant delay is inconsistent with the need to "promptly" alert this Court, pursuant to L.R. 3-12, of related cases pending before multiple judges.

4. Attached as Exhibit 1 is a true and correct copy of the complaint filed in *Cezana v. Robinhood Financial, LLC et al.*, Case No. 3:21-cv-00759-SK

5. Attached as Exhibit 2 is a true and correct copy of the complaint filed in *Cheng et al v. Ally Financial Inc. et al,* Case No. 3:21−cv−00781−SK.

6. Attached as Exhibit 3 is a true and correct copy of the complaint filed in *Curiel−Ruth v. Robinhood Securities LLC et al,* Case No. 3:21−cv−00829−TSH.

7. Attached as Exhibit 4 is a true and correct copy of the complaint filed in *Dalton v. Robinhood Securities, LLC et al,* Case No. 4:21−cv−00697−KAW.

8. Attached as Exhibit 5 is a true and correct copy of the complaint filed in *Days v. Robinhood Markets, Inc. et al,* Case No. 4:21−cv−00696−KAW.

9. Attached as Exhibit 6 is a true and correct copy of the complaint filed in *Feeney et al v. Robinhood Financial, LLC et al,* Case No. 5:21−cv−00833−SVK.

10. Attached as Exhibit 7 is a true and correct copy of the complaint filed in *Krasowski et al v. Robinhood Financial LLC et al,* Case No. 3:21−cv−00758−TSH.

1
DECLARATION OF KURT KESSLER (5:21−cv−00693−NC)

11. Attached as Exhibit 8 is a true and correct copy of the complaint filed in *Krumenacker v. Robinhood Financial, LLC et al,* Case No. 4:21−cv−00838−YGR.

12. Attached as Exhibit 9 is a true and correct copy of the complaint filed in *Moody et al. v. Robinhood Financial, LLC et al,* Case No. 3:21-cv-00861-JCS.

13. Attached as Exhibit 10 is a true and correct copy of the complaint filed in *Saliba v. Robinhood Markets, Inc. et al,* Case No. 3:21-cv-00871-JCS.

14. Attached as Exhibit 11 is a true and correct copy of the complaint filed in *Clapp et al* v. *Ally Financial Inc. et al*, Case No. 3:21-cv-00896-JCS.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Atherton, California, this 5th day of February, 2021.

Respectfully Submitted,

*/s/ Kurt Kessler*
Kurt Kessler