William M. Audet (SBN 117456)
  waudet@audetlaw.com
"David" Ling Y. Kuang (SBN 296873)
  lkuang@audetlaw.com
Kurt D. Kessler (SBN 327334)
  kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
 711 Van Ness Avenue, Suite 500
 San Francisco, CA 94102-3275
 Telephone:   (415) 568-2555
 Facsimile:   (415) 568-2556

*Attorneys for Plaintiff Sagi Cezana, on behalf of himself and all others similarly situated, in Cezana v. Robinhood Financial LLC et al, Case No. 3:21-cv-00759-SK*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEIG, individually and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>            Defendants. | Case No. 5:21−CV−00693−NC |
| THIS DOCUMENT RELATES TO:<br><br>*Cezana v. Robinhood Financial LLC et al,*<br>Case No. 3:21−cv−00759-SK<br><br>*Cheng et al. v. Ally Financial Inc. et al.,*<br>Case No. 3:21−cv−00781-SK<br><br>*Curiel−Ruth v. Robinhood Securities LLC et al.,*<br>Case No. 3:21−cv−00829−TSH<br><br>*Dalton v. Robinhood Securities, LLC et al.,*<br>Case No. 4:21-cv−00697−KAW | **CERTIFICATE OF SERVICE**<br><br>[N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge:  Magistrate Nathanael Cousins<br><br>Trial Date:     None set<br>Action Filed:   January 28, 2021 |

1
2

*Days v. Robinhood Markets, Inc. et al.,*
Case No. 4:21−cv−00696−KAW

3

*Feeney et al. v. Robinhood Financial, LLC et al.,*
Case No. 5:21−cv−00833−SVK

4
5

*Krasowski et al. v. Robinhood Financial LLC et al.,*
Case No. 3:21−cv−00758−TSH

6
7

*Krumenacker v. Robinhood Financial, LLC et al.,*
Case No. 4:21−cv−00838−YGR

8
9

*Moody et al. v. Robinhood Financial, LLC et al.,*
Case No. 3:21-cv-00861-JCS

10

*Saliba v. Robinhood Markets, Inc. et al.,*
Case No. 3:21-cv-00871-JCS

11
12

*Clapp et al* v. *Ally Financial Inc. et al.,*
Case No. 3:21-cv-00896-JCS

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California. My business address is 711 Van Ness Avenue, Suite 500, San Francisco, CA 94102-3275.

On February 5, 2021, I served true and correct copies of the following documents described as:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **DECLARATION OF KURT KESSLER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;** and

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Onto the following interested parties:

Evan Selik (eselik@mccathernlaw.com)
Christine Zaouk (czaouk@mccathernlaw.com)
*Attorneys for Plaintiff Jean-Paul Saliba*

Eric M. Poulin (eric@akimlawfirm.com)
Roy T. Willey, IV (roy@akimlawfirm.com)
Blake G. Abbott (blake@akimlawfirm.com)
*Attorneys for Plaintiffs David Moody and Julie Moody*

L. Timothy Fisher (ltfisher@bursor.com)
*Attorney for Plaintiffs Jordan Krumenacker*

Andrew J. Obergfell (aobergfell@bursor.com)
*Attorney for Plaintiff Jordan Krumenacker*

Selin Demir (sdemir@classlawdc.com)
Nicholas Migliaccio (nmigliaccio@classlawdc.com)
Jason Rathod (jrathod@classlawdc.com)
*Attorneys for Plaintiff Mark Feeney and Jason Fossella*

Joseph R. Saveri (jsaveri@saverilawfirm.com)
Steven N. Williams (swilliams@saverilawfirm.com)
Christopher K.L. Young (cyoung@saverilawfirm.com)
Anupama K. Reddy (areddy@saverilawfirm.com)
*Attorneys for Plaintiffs Shane Cheng and Terell Sterling*

Robert L. Lieff (rlieff@lchb.com)
Jack Russo (jrusso@computerlaw.com)
*Attorneys for Plaintiffs Sagi Cezana and Elvia Curiel-Ruth*

Solomon B. Cera (scera@cerallp.com)
Pamela A. Markert (pmarkert@cerallp.com)
Jeffrey A. Klafter (jak@klafterolsen.com)
Amir Alimehri (amir.alimehri@klafterolsen.com)
*Attorneys for Plaintiffs Patryk Krasowski and Nick Parker*

Richard C. Dalton (rick@rickdaltonlaw.com)
*Attorney for Plaintiff Christian A. Dalton*

Matthew L. Venezia (mvenezia@bgrfirm.com)
*Attorney for Plaintiff Robert Days*

Ishan Dave (Ishan@dereksmithlaw.com)
Alexander G. Cabeceiras (Alexc@dereksmithlaw.com)
Abraham Z. Melamed (abe@dereksmithlaw.com)
*Attorneys for Plaintiff David Wieg*

Eric Lechtzin (elechtzin@edelson-law.com)
*Attorney for Sabrina Clapp and Denise Redfield*

Abbe Dembowitz (adembowitz@cravath.com)
Antony Ryan (ARyan@cravath.com)
Kevin Orsini (Korsini@cravath.com)
Andrew Huynh (ahuynh@cravath.com)
*Attorneys for Defendants Robinhood Financial LLC,*
*Robinhood Securities LLC, and Robinhood Markets, LLC*

By way of **E-MAIL OR ELECTRONIC TRANSMISSION**, causing a copy of said document(s) to be sent from my e-mail address nperez@audetlaw.com.

Further, I certify that I have undertaken efforts to complete service on Defendants Freetrade LTD, located at 32-38 Leman Street, London, E1 8EW, United Kingdom, Trading 212 Ltd., located at 3 Lachezar Stanchev Str., Litex Tower, Floor 10, Sofia 1797, Bulgaria, and Trading 212 UK Ltd., located at 107 Cheapside, London,  EC2V  6DN, United Kingdom (collectively, the "Overseas Defendants"), but to date have not identified counsel or an agent located in the United States to accept service on their behalf. Accordingly, I am preparing to formally serve documents identified above on the overseas defendants under the Convention on the Service Abroad of Judicial and Extrajudicial

Documents in Civil or Commercial Matters (the Hague Convention) and will amend this Proof of Service when service is completed.

Further by way of **PHYSICAL MAILING** through the United States Postal Service, I caused a copy of said documents to be sent to the following parties:

| | |
|---|---|
| Alpaca Securities LLC<br>c/o John Torola<br>20 N. San Mateo Drive Ste 10<br>San Mateo, California 94401 | Apex Clearing Corporation<br>c/o National Registered Agents, Inc.<br>28 Liberty Street<br>New York, New York 10005 |
| Barclays Bank PLC<br>c/o Barclays Bank PLC<br>745 Seventh Avenue<br>New York, New York 10019 | Cash App Investing LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| Charles Schwab & Co. Inc.<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930|<br>Los Angeles, California 90017 | Citadel Enterprise Americas, LLC<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| Citadel Securities LLC<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | dough LLC<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, Delaware 19904 |
| eToro USA Securities Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | E*Trade Financial Corporation<br>c/o Corporation Service Company<br>100 Shockoe Slip Fl 2<br>Richmond, Virginia 23219 |
| E*TRADE Financial Holdings, LLC<br>c/o Corporation Service Company<br>100 Shockoe Slip Fl 2<br>Richmond, Virginia 23219 | E*TRADE Securities LLC<br>c/o Corporation Service Company<br>135 East 57th Street<br>New York, New York 10022 |
| FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, California 90017 | IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, Illinois 60606 |
| Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, Delaware 19801 | M1 Finance, LLC<br>200 N Lasalle Street, Suite 800<br>Chicago, Illinois 60601 |

3

| | |
|---|---|
| Interactive Brokers LLC<br>One Pickwick Plaza<br>Greenwich, Connecticut 06830 | Morgan Stanley Smith Barney LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, New York 10005 |
| Melvin Capital Management LP<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, Delaware 19808 | Sequoia Capital Operations LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Ste 930<br>Los Angeles, California 90017 |
| Open to the Public Investing, Inc.<br>c/o T3 Securities, Inc.<br>1 State Street Plaza, 10th Floor<br>New York, New York, 10004 | Stash Financial, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, Delaware 19808 |
| Square Inc.<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, California 90017 | TD Ameritrade, Inc.<br>c/o Incorporating Services Ltd.<br>5601 S. 59th St., Suite C,<br>Lincoln, Nebraska 68516 |
| Tastyworks, Inc.<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, Delaware 19904 | The Depository Trust Company<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, New York 10005 |
| The Charles Schwab Corporation<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, California 90017 | Webull Financial LLC<br>c/o Business Filings Inc.<br>108 West 13th Street<br>Wilmington, Delaware 19801 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed in Alameda County on February 5, 2021.

_Nicholas Perez_
_____

Nick Perez

CERTIFICATE OF SERVICE (5:21−CV−00693−NC)