C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Eric D. Monek Anderson (State Bar No. 320934)
emonekanderson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WIEG,<br><br>    Plaintiff,<br><br>   v.<br><br>ROBINHOOD FINANCIAL LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-00693-NC<br><br>**NOTICE OF APPEARANCE**<br><br>The Hon. Nathanael M. Cousins<br><br>Trial Date:  TBD |

1  TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a
3  limited liability partnership, hereby appears as counsel for Defendants Robinhood Financial LLC,
4  Robinhood Securities, LLC, and Robinhood Markets, Inc.  I am a member of the State Bar of
5  California and am admitted to practice in the Northern District of California.  My address,
6  telephone number and email are as follows:

>  C. Brandon Wisoff (State Bar No. 121930)
>  Farella Braun + Martel LLP
>  235 Montgomery Street, 17th Floor
>  San Francisco, California 94104
>  Telephone: (415) 954-4400
>  Facsimile: (415) 954-4480
>  bwisoff@fbm.com

11  I hereby request that copies of all pleadings and papers filed in connection with the above-
12  captioned action be served upon me.

14  Dated:  February 8, 2020                FARELLA BRAUN + MARTEL LLP

                                            By: /s/ C. Brandon Wisoff
                                                C. Brandon Wisoff

                                            Attorneys for Defendants
                                            ROBINHOOD FINANCIAL LLC, et al.

NOTICE OF APPEARANCE
Case No. 21-cv-00693-NC                     - 2 -