C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Eric D. Monek Anderson (State Bar No. 320934)
emonekanderson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WIEG,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, et al.,<br><br>Defendants. | Case No. 21-cv-00693-NC<br><br>**STIPULATION FOR INTRADISTRICT TRANSFER**<br><br>The Hon. Nathanael M. Cousins<br><br>Complaint Filed:   January 28, 2021 |

1    Pursuant to Civil Local Rule 7-11, which requires a party seeking administrative relief to
2 seek the other party's stipulation, Plaintiff David Wieg and Defendants Robinhood Financial
3 LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively, "Robinhood")
4 hereby stipulate as follows:

5    Robinhood maintains its principal place of business in San Mateo County, California.  The
6 instant action should be reassigned to the San Francisco or Oakland Division pursuant to Civil
7 Local Rules 3-2(c), (d).

8 **SO STIPULATED.**

9

10 Dated:  February 8, 2021        FARELLA BRAUN + MARTEL LLP

11

12                                 By:  */s/ C. Brandon Wisoff*
                                        C. Brandon Wisoff
13
                                   Attorneys for Defendants
14                                 ROBINHOOD FINANCIAL LLC, et al.

15

16 Dated:  February 8, 2021        DEREK SMITH LAW GROUP, PLLC

17

18                                 By:  */s/ Ishan Dave*
                                        Ishan Dave
19
                                   Attorneys for Plaintiff
20                                 DAVID WIEG

21

22

23

24

25

26

27

28

STIPULATION FOR
INTRADISTRICT TRANSFER           - 2 -
Case No. 21-cv-00693-NC

**ATTESTATION**

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated:  February 8, 2021                FARELLA BRAUN + MARTEL LLP


By:  */s/ C. Brandon Wisoff*
       C. Brandon Wisoff

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.