1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Eric D. Monek Anderson (State Bar No. 320934)
emonekanderson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WIEG,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBINHOOD FINANCIAL LLC, et al.,<br><br>            Defendants. | Case No. 21-cv-00693-NC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR INTRADISTRICT TRANSFER**<br><br>Hon. Nathanael M. Cousins<br><br>Complaint Filed:    January 28, 2021 |

1    Having considered the parties' stipulated request to transfer this action to the San

2  Francisco or Oakland Division under Civil Local Rule 3-2(h), IT IS HEREBY ORDERED THAT

3  the instant action shall be reassigned from the San Jose Division to the San Francisco or Oakland

4  Division.

5  IT IS SO ORDERED.

6

7

8  DATED: _____                    _____

9                                                                          Hon. Nathanael M. Cousins
                                                                          United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
[PROPOSED] ORDER GRANTING
STIPULATED REQUEST FOR                              - 2 -
INTRADISTRICT TRANSFER
Case No. 21-cv-00693-NC