1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Eric D. Monek Anderson (State Bar No. 320934)
   emonekanderson@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendants
   ROBINHOOD FINANCIAL LLC, et al.
7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  DAVID WIEG,                          Case No. 21-cv-00693-NC

13              Plaintiff,               **NOTICE OF APPEARANCE**

14       v.                              The Hon. Nathanael M. Cousins

15  ROBINHOOD FINANCIAL LLC, et al.,     Trial Date:   TBD

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
Case No. 21-cv-00693-NC

1    TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Eric D. Monek Anderson, of Farella Braun + Martel LLP,

3  a limited liability partnership, hereby appears as counsel for Defendants Robinhood Financial

4  LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.  I am a member of the State Bar

5  of California and am admitted to practice in the Northern District of California.  My address,

6  telephone number and email are as follows:

7         Eric D. Monek Anderson (State Bar No. 320934)
          Farella Braun + Martel LLP
8         235 Montgomery Street, 17th Floor
          San Francisco, California 94104
9         Telephone: (415) 954-4400
          Facsimile: (415) 954-4480
10        emonekanderson@fbm.com

11    I hereby request that copies of all pleadings and papers filed in connection with the above-

12  captioned action be served upon me.

13

14  Dated:  February 8, 2020                    FARELLA BRAUN + MARTEL LLP

15

16                                              By:  _____
                                                     Eric D. Monek Anderson
17
                                                Attorneys for Defendants
18                                              ROBINHOOD FINANCIAL LLC, et al.

19

20

21

22

23

24

25

26

27

28