Case 4:21-cv-00693-HSG   Document 15   Filed 02/

FILED

Feb 10 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Eric D. Monek Anderson (State Bar No. 320934)
emonekanderson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WIEG,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBINHOOD FINANCIAL LLC, et al.,<br><br>  Defendants. | Case No. 21-cv-00693-NC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR <u>INTRADISTRICT TRANSFER</u>**<br><br>Hon. Nathanael M. Cousins<br><br>Complaint Filed:   January 28, 2021 |

1  Having considered the parties' stipulated request to transfer this action to the San
2  Francisco or Oakland Division under Civil Local Rule 3-2(h), IT IS HEREBY ORDERED THAT
3  the instant action shall be reassigned from the San Jose Division to the San Francisco or Oakland
4  Division.
5  IT IS SO ORDERED.

8  DATED: __February 10, 2021__

  Hon.
  United

  GRANTED
  [signature]
  Judge Nathanael M. Cousins

  UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

ORDER GRANTING
STIPULATED REQUEST FOR
INTRADISTRICT TRANSFER
Case No. 21-cv-00693-NC

- 2 -