1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Eric D. Monek Anderson (State Bar No. 320934)
   emonekanderson@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendants
   ROBINHOOD FINANCIAL LLC, et al.
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

| 12 | DAVID WIEG,                        | Case No. 21-cv-00693-LB |
|----|------------------------------------|------------------------|
| 13 |            Plaintiff,              | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES** |
| 14 |        v.                          | The Hon. Laurel Beeler |
| 15 | ROBINHOOD FINANCIAL LLC, et al.,   | Trial Date:  TBD       |
| 16 |            Defendants.             |                        |

17
18
19
20
21
22
23
24
25
26
27
28

Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC, by their attorneys, Farella Braun + Martel LLP, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC are privately held companies.
2. Robinhood Markets, Inc. does not have a parent corporation.
3. Robinhood Financial LLC and Robinhood Securities, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc.
4. No publicly held corporation owns 10% or more of the stock of Robinhood Markets, Inc.; Robinhood Financial LLC; or Robinhood Securities, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the parties in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial or other interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Baiju Bhatt
2. Vladimir Tenev
3. Index Ventures

Dated:  February 12, 2021     FARELLA BRAUN + MARTEL LLP

By:  */s/ C. Brandon Wisoff*
     C. Brandon Wisoff

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.