Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID WIEG, individually
and on behalf of other members
of the general
public similarly situated )

           Plaintiff(s),

     v.

ROBINHOOD FINANCIAL

           Defendant(s).

Case No: 5:21-cv-00693

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

   I, Alexander Cabeceiras                   member in good standing of the bar of New York     , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: David Wieg et.al     in the above-entitled action. My local co-counsel in this case is  Ishan Dave     , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Penn Plaza, Ste 4905<br>New York, NY 10119 | US Bank Tower<br>633 West 5th Street, Suite 3250<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>(212) 587-0760 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 602-6050 |
| MY EMAIL ADDRESS OF RECORD:<br>alexc@dereksmithlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ishan@dereksmithlaw.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: *5502794* .

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

                                      Alexander Cabeceiras
                                       APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Alexander Cabeceiras is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 23, 2021

                                UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

———————

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## *Alexander Gabriel Cabeceiras*

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 23rd day of February, 2017, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*



*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 24th day of January, 2019.*

Robert D Mayberger

*Clerk*

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ALEXANDER G CABECEIRAS**

(No. **233122017** ) *was constituted and appointed an Attorney at Law of New Jersey on* **January 17, 2017** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **23RD** *day of* **January** *,* 20 **19** ·

*Clerk of the Supreme Court*

-453a-