# A&P | AUDET & PARTNERS LLP

711 Van Ness Avenue, Suite 500 •• San Francisco, CA 94102-3275
Telephone: 415.568.2555 •• Facsimile: 415.568.2556 •• Toll Free: 800.965.1461
www.audetlaw.com

February 24, 2021

Ms. Elaine Kabiling                                            **VIA CM/ECF & E-MAIL**
Clerk & Courtroom Deputy
For the Honorable Laurel Beeler, U.S. Magistrate Judge
**United States District Court, Northern District of California**
San Francisco Courthouse, Courtroom B – 15th Floor
450 Golden Gate Ave.,
San Francisco, CA 94102
lbcrd@cand.uscourts.gov

**Re:**   *Wieg v. Robinhood Financial LLC et al.*, No. 3:21-cv-00693-LB (N.D. Cal.)

Dear Ms. Kabiling,

     This letter concerns an Administrative Motion to Relate Pursuant to Civil Local Rules 3-12 and 7-11 ("the Motion to Relate"), now pending, and fully briefed, before the Honorable Laurel Beeler in the above-entitled matter. *See* Dkt No. 9.

     On February 5, 2021, our office Audet & Partners, LLP, on behalf of movant Sagi Cezana, filed the Motion to Relate, and pursuant to Civil Local Rule ("L.R.") 7-11(b), Defendants responded on February 9, 2021. *See* Dkt Nos. 9, 14. Briefing is now complete. On February 10, 2021, the *Wieg* action was reassigned from Magistrate Judge Cousins to Magistrate Judge Beeler. Dkt. No. 15. In accordance with L.R. 7-11(c), 3-12(f)(1), with briefing complete and no hearing required, we understand that a ruling would be made on or about February 23, 2021.

     A pending hearing for the related MDL No. 2989 is currently set for March 25, 2021, with response briefs due on Monday, March 1, 2021. We understand that the Court has an extremely busy docket. We appreciate any guidance on the issue, or instructions, to the extent further action on the part of movant Cezana is necessary.

                                      Respectfully yours,

                                      s/ "David" Ling Kuang

                                      Ling Y. Kuang
                                      Audet & Partners, LLP

                                      *Counsel for Movant Cezana, Plaintiff in related*
                                      *matter Cezana v. Robinhood Financial LLC et al.*,
                                      No. 3:21-cv-759-JST (N.D. Cal.)

**cc:**   ECF Service List