# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SPENCER LYBROOK, ET. AL.,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBINHOOD FINANCIAL LLC, ET. AL.,**<br><br>Defendants. | Case No. 4:21-cv-01596-YGR<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** sua sponte to the Honorable Haywood S. Gilliam Jr. for consideration of whether the case is related to *David Weig v. Robinhood Financial LLC, et. al.*, 4:21-cv-0693-HSG.

**IT IS SO ORDERED.**

Dated: March 17, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**