C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  emonekanderson@fbm.com
Email:  bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:  aryan@cravath.com
Email:  korsini@cravath.com
Email:  bsukiennik@cravath.com

Attorneys for Defendants Robinhood
Financial LLC, Robinhood Securities,
LLC, and Robinhood Markets, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID WIEG, | Case No. 4:21-cv-00693-HSG |
| Plaintiff, | **DEFENDANTS' RESPONSE TO SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |
| v. | |
| ROBINHOOD FINANCIAL LLC, et al., | The Hon. Haywood S. Gilliam |
| Defendants. | |

1    Pursuant to Civil Local Rules 3-12(c) and 3-12(e), Defendants Robinhood Financial LLC,

2    Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively, "Defendants") hereby

3    submit this statement in support of Judge Yvonne Gonzalez Rogers' sua sponte judicial referral

4    for the purposes of determining whether *Lybrook v. Robinhood Financial LLC, et al.*, Case No.

5    4:21-CV-01596-YGR should be related to the above-captioned case.  (ECF No. 28.)  Shortly

6    before Defendants filed this response, the Court related *Lybrook* to the above-captioned case.

7    (ECF No. 29)  Defendants further ask the Court to relate *Daniluk v. Robinhood Financial, LLC, et*

8    *al.*, Case No. 3:21-CV-00980-MMC to the above-captioned case.

9    Prior to reassignment, Judge Laurel Beeler granted a motion to relate eleven similar cases

10   to the above-captioned case.  (ECF No. 22.)  The *Lybrook* and *Daniluk* actions were not related

11   via that Order only because both cases were initiated after the motion to relate had been filed.[1]

12   *Daniluk*, like *Lybrook*, satisfies the Court's criteria for relation.  L.R. 3-12(a).  First, *Daniluk*

13   concerns substantially the same parties, property, transaction or event as the thirteen related cases

14   already before the Court—namely, Robinhood's independent decision to limit customer

15   purchases for a select number of highly volatile securities from January 28 through February 4,

16   2021.  *Compare Daniluk*, (ECF No. 1), ¶¶ 12-13, 33-34 *with Wieg*, (ECF No. 1), ¶ 16; *see also*

17   Judicial Panel on Multidistrict Litigation, Case MDL No. 2989, (ECF No. 1) (motion to

18   consolidate and coordinate related actions filed around the country in multidistrict litigation under

19   28 U.S.C. § 1407); (ECF No. 177) (Defendants' response supporting centralization under 28

20   U.S.C. § 1407).  Second, it would cause an unduly burdensome duplication of labor were *Wieg*

21   and the other twelve related cases to proceed before this Court, and *Daniluk*—concerning the

22   same events, common defendants, and similar legal claims—to proceed before a different judge

23   in the same district.  Accordingly, Defendants respectfully ask the Court to relate *Daniluk* to the

24   above-captioned case.

25

26

27

28
_____
   [1] Defendants identified *Daniluk* as an additional related case in their response to the motion
to relate.  (ECF No. 14.)

DEFS.' RESPONSE TO SUA SPONTE REFERRAL
Case No. 4:21-cv-00693-HSG                    2

1    Dated:  March 22, 2021                    FARELLA BRAUN + MARTEL LLP

2

3                                              By:  _____
                                                    C. Brandon Wisoff
4
                                               Attorneys for Defendants Robinhood
5                                              Financial LLC, Robinhood Securities,
                                               LLC, and Robinhood Markets, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28