Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
Emrah M. Sumer (State Bar No. 329181)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Attorneys for Plaintiff,
JOSEPH DANILUK, on behalf of himself
and all others similarly situated

# UNITED STATES DISTRCIT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DAVID WIEG,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBINHOOD FINANCIAL, LLC, et al.<br><br>                Defendants. | Case No.:  4:21-cv-00693-HSG<br><br>**PLAINTIFF DANILUK'S RESPONSE TO RELATED CASE RESPONSE**<br><br>The Hon. Haywood S. Gilliam |

The Plaintiff in *Daniluk v. Robinhood Financial, LLC, et al.*, Case No. 3:21-CV-00980-MMC, submits the following statement in response to Defendants' Response to Sua Sponte Judicial Referral for the Purpose of Determining Relationship (Dkt. No. 31).  Plaintiff concurs that *Daniluk* meets the requirements for the Court to find that it is related to Case No. 4:21-cv-00693-HSG.  Plaintiff Daniluk notes for the Court, however, that defense counsel did not confer with Daniluk's counsel prior to or after submitting its "Related Case Response," did not serve a copy on counsel for Daniluk and did not determine Plaintiff Daniluk's position prior to requesting that the cases be related.

DATED:  March 24, 2021                                         **GREEN & NOBLIN, P.C.**


By:     /s/ Robert S. Green
            Robert S. Green

James Robert Noblin
Emrah M. Sumer
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Charles D. Marshall
**MARSHALL LAW FIRM**
2121 N. California Blvd., Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 575-7105
Facsimile:  (9250 575-7105
Email:  cdm@marshall-law-firm.com

Attorneys for Plaintiff,
JOSEPH DANILUK, on behalf of himself
and all others similarly situated

-1-

PLAINTIFF DANILUK'S RESPONSE TO RELATED CASE RESPONSE
CASE NO. 4:21-cv-00980-KAW

00116490.000